UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
In re: EPHEDRA PRODUCTS LIABILITY       :
LITIGATION                              :
                                        :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9.26.05

04 MD 1598 (JSR)

ERRATA

PERTAINS TO ALL CASES

JED S. RAKOFF, U.S.D.J.

    The following typographical errors in the Court's Opinion
and Order dated September 19, 2005 are hereby corrected:

    - On the second line of page 30, after the words "as
modified above," insert the words "is admissible,".

    - On the eleventh line of page 37, in place of the words
"both the PCC and PCC," substitute "both the PCC and DCC".

    In addition, it should be noted that, prior to the opinion
being filed, a version was inadvertently circulated to counsel
that contained a typographical error in the sentence beginning on
the sixth line of page 26 with the words "Although the gaps ...."
As corrected in the filed opinion, the sentence reads:
"Although the gaps between such data and definitive evidence of
causality are real and subject to challenge before the jury, they
are not so great as to require the opinion to be excluded from
evidence."

    SO ORDERED

Dated:  New York, New York                    JED S. RAKOFF
        September 25, 2005

1